## Jesus SERRANO v. STATE.
### No. 17343.

Court of Criminal Appeals of Texas.
Nov. 14, 1934.

R. B. Rawlins, of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

1116

MORROW, Presiding Judge.

The conviction is for theft of cattle; penalty assessed at confinement in the penitentiary for two years and six months.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.